David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, John J. Simms*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| John J. Simms,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; CLEARVIEW FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>    Defendants. | Case No. 2:16-cv-00627-GMN-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Plaintiff John J. Simms hereby moves that the above-entitled action shall

…

…

…

…

…

…

Page **1** of **2**

be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: August 5, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bradley T. Austin, Esq. |
| David H. Krieger, Esq. | Snell & Wilmer, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant Equifax Information Services, LLC* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED this __7__ day of September, 2016.