David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JOHN J. SIMMS*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN J. SIMMS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; CLEARVIEW FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00627-GMN-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN ONLY** |

　　　Plaintiff JOHN J. SIMMS hereby moves that the above-entitled action

…

…

…

…

…

…

shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC,**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: September 28, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Jennifer L. Braster, Esq.
Jennifer L. Braster, Esq.
Maupin Naylor Braster
1050 Indigo Drive
Suite 112
Las Vegas, NV 89145
*Attorney for Defendant, Experian*

## ORDER

IT IS SO ORDERED.

Dated this 29 day of September, 2016.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE